**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-24133-RAR**

**KELLER NORTH AMERICA, INC.**,

    Plaintiff,

v.

**RICARDO PICAYO**,

    Defendant.

_____/

**ORDER CONSOLIDATING CASES**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Plaintiff has filed three related actions in the Southern District of Florida: *Keller N. Am., Inc. v. Garcia*, Case No. 24-cv-61995; *Keller N. Am., Inc. v. Baquerizo*, Case No. 24-cv-61996; and this case, *Keller N. Am., Inc. v. Picayo*, Case No. 24-cv-24133. All of these cases have been assigned or transferred to the undersigned pursuant to the Internal Operating Procedures in the Southern District of Florida. Pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to consolidate these three actions. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1. **Case No. 24-cv-24133**, **Case No. 24-cv-61995**, and **Case No. 24-cv-61996** are hereby **CONSOLIDATED**.

    2. The Clerk of the Court is instructed to **CLOSE Case No. 24-cv-61995**, and **Case No. 24-cv-61996** for administrative purposes only.

    3. The parties are instructed to file all future pleadings under **Case No. 24-cv-24133 only**.

4. All parties shall adhere to the Scheduling Order entered in **Case No. 24-cv-24133**, *see* [ECF No. 12], as modified by subsequent order, *see* [ECF No. 15].

**DONE AND ORDERED** in Miami, Florida, this 3rd day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**